# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-21-00050-CV

---

**The State of Texas, Appellant**

**v.**

**R. B. R., Appellee**

---

### FROM THE 390TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-EX-17-000142, THE HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties have jointly filed a motion to abate this appeal until the resolution of No. 19-1051, *Ex parte Roberto Pasquale-Gualtieri Petitto*, which is currently pending before the Supreme Court of Texas. We grant the motion and abate the appeal. We direct appellant to notify this Court of the high court's disposition of No. 19-1051 by filing a letter with this Court within thirty days of that disposition becoming final.

Before Chief Justice Byrne, Justices Baker and Smith

Abated

Filed: April 16, 2021